UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANDREW PEAVY, DORCINE PEAVY,
LARRY PEAVY, AND
JIMMY PEAVY                                                                                          PLAINTIFFS

V.                             CASE NO. 4:14cv316 SWW

TLD LOGISTICS SERVICES INC. and
TERRY TICHENOR                                                                                       DEFENDANTS

## AGREED ORDER

On this 1st day of July, 2015 came on to be considered Defendants TLD Logistics Services, Inc. and Terry Tichenor's Motion For Sanctions based on Plaintiff Andrew Peavy's failure to comply with this Court's Order of June 18, 2015 requiring that he appear for the Independent Neuropsychiatric Exam at the office of Dr. Corwin Boake on June 19, 2015. This Court having been advised that Mr. Peavy left the examination before it was completed and that the parties have reached an agreement is of the Opinion that said Motion should be granted.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff Andrew Peavy shall appear for, participate in and complete an Independent Neuropsychiatric Exam at the office of Dr. Corwin Boake on July 24, 2015 from 8:30 a.m. until 5:30 p.m. or until the entire examination is completed and he is dismissed by Dr. Boake or Plaintiffs shall be prevented from offering evidence at the trial of this cause, in any form, of Andrew Peavy having sustained a head injury, brain injury or mental injury on May 22, 2015; the past or future effects of such an injury; as well as, the past or future treatment for such injury, damages or costs associated with

treatment for it on or at any time after May 22, 2015. Plaintiff shall pay all reasonable costs and fees of Dr. Corwin Boake associated with the missed appointment of May 29, 2015 and June 19, 2015.

IT IS SO ORDERED this 1st day of July 2015.

/s/Susan Webber Wright
United States District Judge

APPROVED:

/s/ Michael E. Pierce

/s/ Robert T. Veon