**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS**

**ANDREW PEAVY, DORCINE PEAVY,
LARRY PEAVY, AND
JIMMY PEAVY**                                                                      **PLAINTIFFS**

     **V.**            **CASE NO. 4:14cv316 SWW**

**TLD LOGISTICS SERVICES INC. and
TERRY TICHENOR**                                                                 **DEFENDANTS**

**<u>AGREED ORDER OF DISMISSAL WITH PREJUDICE</u>**

On this 28th day of April, 2016, came on to be considered the Joint Motion to Dismiss filed by Plaintiffs Andrew Peavy, Dorcine Peavy, Larry Peavy and Jimmy Peavy, as well as Defendants, Terry Tichenor and TLD Logistics Services, Inc. The Court having been advised that the matter has settled, finds that it has jurisdiction over the claims and that the Motion should be granted.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims which were asserted or which could have been asserted in this suit by Andrew Peavy, Dorcine Peavy, Larry Peavy and Jimmy Peavy are dismissed with prejudice to refiling same.  All counter-claims and cross-claims asserted by TLD Logistics Services, Inc. and Terry Tichenor are dismissed with prejudice to refiling same.  All parties shall bear their own costs.

IT IS SO ORDERED this 28th day of April 2016.

                    /s/Susan Webber Wright
                    United States District Judge

APPROVED:


   */s/Robert T. Veon*             
Robert T. Veon
Arkansas Bar No. 91264
Veon Law Firm, P.A.
2710 Texarkana Boulevard
Texarkana, Arkansas 71854
Telephone:  870-774-7390
Facsimile:  870-773-3690
robert.veon@veonfirm.com
***Attorney for Defendants***
***TLD Logistics Services, Inc.***
***and Terry Tichenor***


   */s/Michael E. Pierce*           
Michael E. Pierce
Texas Bar No. 24039117
PIERCE CHAPMAN, PLLC
P. O. Box 272308
Houston, Texas 77277
(832) 690-7000
(832) 575-4840
michael@pcsblaw.com


Matthew B. Finch
Arkansas Bar No. 2001025
Dylan H. Potts
Arkansas Bar No. 2001258
GILL RAGON OWEN, P.A.
425 West Capitol Avenue, Suite 3800
Little Rock, Arkansas 72201
(501) 376-3800
finch@gill-law.com
potts@gill-law.com

John Daspit
Texas Bar No.24048906
DASPIT LAW FIRM
952 Echo Lane, Suite 209
Houston, Texas 77024
(713) 588-0383
(713) 587-9086
jdaspit@daspitlaw.com
***Attorneys for Plaintiffs Andrew Peavy,***
***Dorcine Peavy, Larry Peavy and Jimmy***
***Peavy***